```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7                  UNITED STATES DISTRICT COURT
 8                  NORTHERN DISTRICT OF CALIFORNIA
 9
    BOARD OF TRUSTEES OF THE AUTOMOTIVE)   NO. C 09 1331 MHP (JL)
10  INDUSTRIES, et al.,                 )
                                        )
11                                      )
                        Plaintiffs,     )   ORDER OF EXAMINATION
12             vs.                      )
                                        )
13                                      )
    NILS JORGENSON, individually and    )
14  doing business as JT BRAKE & CLUTCH )
                                        )
15                      Defendant.      )
    _____)
16
    To:  Nils Jrgenson, President and Custodian of Records;
17       Judgment Debtor,
         Nils Jorgenson, individually and doing
18            business as JT BRAKE& CLUTCH
         1430 34TH Street
19       Emeryville, CA 94608
```

You the above named judgment debtor ARE HEREBY ORDERED to appear personally on June 30, 2010 at 9:30 a.m. at 450 Golden Gate Avenue, San Francisco, CA , 94102 Conference Room F, 15th Floor, before the Magistrate James Larson then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1. The corporation's bylaws, share register and minute book;

ORDER OF EXAMINATION          1

2. Title documents to all equipment and vehicles of debtor;

3. All lists and schedules of rented, leased and owned equipment of debtor;

4. Copies of all real property and personal property leases wherein debtor is a party;

5. Copies of all tax bills, deeds, contracts, deeds of trust or deposit receipts relating to all real and personal property in which any interest is held;

6. Annual Financial Statements for the 2009 and all monthly financial statements for 2010;

7. Federal tax returns for the last year reported;

8. All bank statements, deposit slips and canceled checks for all accounts for 2010;

9. The last tax return filed with the Franchise Tax Board;

10. Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from January 1, 2010 to date;

11. All accounts receivable lists generated by the Company in 2010;

12. Cash Disbursement Journals for 2010;

13. All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor;

14. All documents related to any completed, pending or failed sale of substantially all corporate assets during the last three years.

15. All personal guarantees made by any officer, agent or shareholder for the benefit of debtor.

ORDER OF EXAMINATION                2

1  NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE
2 TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3 AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4 REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5 JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: June 1, 2010

_____
Magistrate Judge James Larson

ORDER OF EXAMINATION                            3