```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>NILS JORGENSON, individually and doing business as JT BRAKE & CLUTCH<br><br>　　　　　　Defendant. | NO. C 09 1331 MHP (JL)<br><br><u>ORDER CONTINUING DATE OF ORDER OF EXAMINATION</u> <s>(PROPOSED)</s> |

　　　　Plaintiff and Judgment Debtor having agreed to continue the Order of Examination in this matter, and good cause appearing.

　　　　IT IS HEREBY ORDERED that the Examination previously set for June 30, 2010 is continued to August 30, 2010.

Dated: _July 29, 2010_

　　　　　　　　　　　　　　　　　　_/s/ James Larson_
　　　　　　　　　　　　　　　　　　Magistrate Judge James Larson

ORDER CONTINUING DATE OF ORDER OF EXAMINATION(PROPOSED)　　　　1